# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
## AT _____

Teresa Copas  
#87 Milligain Lane  
Johnson City TN 37601  
Name of plaintiff(s)

v.

Life Care Center of Elizabethton  
1641 US-19E Elizabethton  
TN, 37643  
Name of defendant(s)

Case No. 2:19-cv-224  
(to be assigned by Clerk)  
McDonough / Wyrick

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Notice of Rights to sue from U.S. Equal Employment Opportunity Commission; I am a protected group, been harassed and religious beliefs.

2. Plaintiff, Teresa P. Copas resides at #87 Milligain Lane, Johnson City  
street address / city

Washington, TN, 37601, 423-276-3551  
county / state / zip code / telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

1

3. Defendant, Life Care Center of Elizabethton lives at, or its business is located at
1641 US-19 E, Elizabethton,
street address — city
Carter, TN, 37643.
county — state — zip code

(if more than one defendant, provide the same information for each defendant below)

Steve Collins 129 Cecil Estep Road Elizabethton TN 37643

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

Your honor, I was harrassed at Life Care center of Elizabethton after placing a order of protection out on one, Steve Collins. Steve Collins Beat me then threatened to shoot me with a gun. I've feared my life for quite sometime now. I was denied a transfere and was told many times just "Do that" by my co workers. I do not believe people should be adressed this way. This is my religious belief.

5. A demand for judgment for the relief you seek (list what you want the Court to do):

   a. I would like to sue Life Care Center of Elizabethton for 2 million dollars.
   b. I want to know why Steve Collins beat me and wanted to kill me.
   c. I was harrassed just after my order of protection with Steve Collins.
   d. I believe I've been harrassed due to age discrimination, and my religious beliefs.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this  20th  day of December, 20 19.

*Teresa Cepees*

Signature of plaintiff (s)

Your honor, I'm pleading with this court to assist me in a law suite with Life Care Center of Elizabethton. On Sept 18, 2018 I took a order of protection out on myself after being beat and threatened to be shot with a gun. Steve Collins threatened my life and beat me. On Sept 19, 2019 I arrived at work, my co-workers started lewd commets, staring daggers, and had agressive body language towards me. I informed the Excutive Director Angie Brandon of my order of protection. She stated "I don't need to know the details Teresa". The hostile work enviroment never ceased, but became more intense each day I came to work. I complained to the executive director concerning the behaviors toward me. I had a meeting in her office on December 7, 2018. I explained and gave a statement concerning the hostel enviroment, actions and behaviors toward me since my order of protection. I requested a transfere, Angie Brandon stated "What do you want me to do about it?" "This is your problem Teresa" "I cannot help" I feld intimidated and threatened at work. I was never offered a transfere, even when I explained the need for my transfere. The Executive Director "Angie" stated "You cannot do anything

about it". I needed my job for I was nearing a grandchild, and was at a loss of what to do. The hostel work enviroment just worsened. I felt helpless, after having meetings with my chain of command there at life care center of america. I sought leagle advice in November 2018 with R. Rovolett in Kingsport TN. without avail. I do have specific dates and names of those whom was harassing mee. On August 18 2019 I complained to the regional corporate office located in Cleveland TN. They stated "We will get back to you Teresa" They never did. So I filed a complaint with the Human Rights commission in Nashville TN. As I waited my workplace hostel enviroment became more intense and unbearable. Ofeared that I would loose my job. On Sept 4, 2019 after many complaints to all levels of command, I resigned. I recieved a right to sue from the commission on Sept 24, 2019. I have sought an attorney since then without success. I have details on the ~~comments~~ comments from them if you need them. I also extended my order of protection on Steve Collins for stalking mee. I have this paper work

if the court needs them. My deadline to sue Life Care center of Elizabethton is December 24, 2019. This is why I'm petitioning your honor. In conclusion I have several witnesses and of the hostel work environment I sustained. I lost my job of 10 years over this. Can you help assist me?