UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| TERESA COPAS, | ) | |
| | ) | Case No. 2:19-cv-224 |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Cynthia R. Wyrick |
| LIFE CARE CENTER OF ELIZABETHTON, | ) ) | |
| | ) | |
| *Defendant*. | ) | |

## JUDGMENT ORDER

For the reasons given in the accompanying order, Plaintiff Teresa Copas's claims against Defendant Life Care Center of Elizabethton are **DISMISSED WITHOUT PREJUDICE**. The Court further **ENTERS JUDGMENT** that Plaintiff shall pay sanctions to Defendant in the amount of $4,504.50. There being no further issues to resolve in this matter, the Clerk is **DIRECTED** to **CLOSE** the case.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
 s/ John Medearis
  CLERK OF COURT